No. 92–673.  BUTLER v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 92–681.  NOVOTNY v. UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 92–687.  WILLMAR ELECTRIC SERVICE, INC. v. NATIONAL LABOR RELATIONS BOARD.  C. A. D. C. Cir.  Certiorari denied.

No. 92–694.  McGRANAGHAN v. CALIFORNIA.  Ct. App. Cal., 3d App. Dist.  Certiorari denied.

No. 92–722.  SPENCER GIFTS, INC. v. OLITSKY; and
No. 92–917.  OLITSKY v. SPENCER GIFTS, INC.  C. A. 5th Cir.  Certiorari denied.  Reported below: 964 F. 2d 1471.

No. 92–726.  TORCASIO v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 92–730.  INSURANCE COMPANY OF NORTH AMERICA v. UNITED STATES DEPARTMENT OF LABOR, OFFICE OF WORKERS' COMPENSATION PROGRAMS, ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 92–738.  BREQUE v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 92–743.  ECKERSLEY ET AL. v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 92–744.  KRAFT, INC. v. FEDERAL TRADE COMMISSION.  C. A. 7th Cir.  Certiorari denied.

No. 92–745.  ASLAN v. HONGKONG & SHANGHAI BANKING CORP. ET AL.; and
No. 92–1063.  HONGKONG & SHANGHAI BANKING CORP. ET AL. v. ASLAN.  C. A. 9th Cir.  Certiorari denied.  Reported below: 967 F. 2d 583.

No. 92–746.  HUGHES v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 92–758.  CAMPBELL ET AL. v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.